LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
CENTAURI SHIPPING LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CENTAURI SHIPPING LTD.,

                    Plaintiff,

      - against -                         <u>ECF CASE</u>

                                      07 Civ 4761 (KMK)

WESTERN BULK CARRIERS KS, WESTERN BULK AS,
and WESTERN BULK CARRIERS AS,

                                    <b>RULE 7.1</b>
                  Defendants.           <b><u>DISCLOSURE STATEMENT</u></b>
-------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of

this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff CENTAURI SHIPPING

LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United

States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise

publicly held in the United States.

Dated: New York, New York
       June 5, 2007

                                LYONS & FLOOD, LLP
                                Attorneys for Plaintiff
                                CENTAURI SHIPPING LTD.,

                 By: _____
                                Kirk M. Lyons (KL-1568)
                                65 West 36th Street, 7th Floor
                                New York, New York 10018
                                (212) 594-2400