LENNON, MURPHY & LENNON LLC
Attorneys for Defendant
WESTERN BULK CARRIERS KS
Kevin J. Lennon (KL 5072)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CENTAURI SHIPPING LIMITED,            :        07-CIV-4761 (KMK)

         Plaintiff,            :        **RESTRICTED APPEARANCE**

  - against -                         :

WESTERN BULK CARRIERS KS,              :
WESTERN BULK CARRIERS AS, and
WESTERN BULK AS,                       :

         Defendants.          :
-------------------------------------------------------X

    WESTERN BULK CARRIERS KS by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action for the purpose of submitting an application to the Court under Supplemental Rules E(5) and E(4)(f) to set the form of a bond to serve as substitute security for the Plaintiff's Process of Maritime Attachment and Garnishment.

    WESTERN BULK CARRIERS KS expressly reserves all of its rights and defenses herein, including, but not limited to, the right to fully appear herein to challenge the propriety of the issuance of Plaintiff's Process of Maritime Attachment and Garnishment, including the right to seek vacatuer of the same, and also to oppose recognition and enforcement of any Angolan court judgment(s) that may henceforth be obtained by Plaintiff and sought to be enforced herein.

WESTERN BULK CARRIERS KS, hereby demands that Plaintiff serve a copy of its Complaint, and all other pleadings, orders or papers issued or filed herein, along with a list of all New York garnishees upon which the Process of Maritime Attachment and Garnishment has been served, on its undersigned counsel.

Dated: June 11, 2007
      New York, NY

                              LENNON, MURPHY & LENNON, LLC
                              Attorneys for Defendant
                              WESTERN BULK CARRIERS KS

By:     */s/ Kevin J. Lennon*
            KEVIN J. LENNON (KL 5072)
            PATRICK F. LENNON (PL 2162)

            The GrayBar Building
            420 Lexington Avenue, Suite 300
            New York, NY 10170
            (212) 490-6050 - phone
            (212) 490-6070 - facsimile

TO:    Lyons & Flood LLP
          Attorneys for Centauri Shipping Ltd.
          65 W. 36th Street, 7th Floor
          New York, NY 10018
          Attn: Kirk M.H. Lyons, Esq.

## AFFIRMATION OF SERVICE

I hereby certify that on June 11, 2007, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon