UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTAURI SHIPPING LTD.,                    :    07 CIV 4761 (KMK)

                Plaintiff,        :    **ECF CASE**

   - against -                                  :

WESTERN BULK CARRIERS KS, WESTERN    :
BULK CARRIERS AS, and WESTERN BULK AS,
                                     :
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 7/2/07

## ORDER

And now, this 15TH day of June, 2007, on the stipulation as indicated below of counsel for Centauri Shipping Ltd., Plaintiff, and counsel for Western Bulk Carriers KS, Defendant, to the amount of bond to be filed in the within proceedings, pursuant to Supplemental Admiralty Ruel E(5) and 28 U.S.C. § 2464, for the purpose of dissolving the maritime attachment issued hereunder;

It Is Hereby Ordered, Adjudged And Decreed:

1.    That the amount of bond to be filed by the Defendant is hereby fixed at the sum of Fifteen Million Three Hundred Fifty Thousand Seven Hundred Ninety Six and 00/100 Dollars ($15,350,796.00);

2.    That the bond filed by Defendant and provided by the surety Western Surety Company in the amount of Fifteen Million Three Hundred Fifty Thousand Seven Hundred Ninety Six and 00/100 Dollars ($15,350,796.00) is hereby approved by the Court; and

3. That the maritime attachment of the Defendant's property in the hands of various garnishees in the within proceedings is hereby be dissolved and vacated and that the case shall proceed in ordinary course.

Dated: June 15, 2007

_____
United States District Judge

The above Order is hereby stipulated to and agreed upon:

The Plaintiff
CENTAURI SHIPPING LTD.

By: _____
Kirk M. Lyons, Esq. (KL - 1568)
Lyons & Flood, LLP
65 West 36th Street, 7th Floor
New York, NY 10018
(212) 594-2400

- and -

The Defendant
WESTERN BULK CARRIERS KS

By: _____
Patrick F. Lennon, Esq. (PL 2162)
Lennon, Murphy & Lennon, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050