UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CENTAURI SHIPPING LTD.,                       :

                    Plaintiff,         :     07 Civ. 4761 (KMK)

   - against -                                          :
                                                  ECF CASE
WESTERN BULK CARRIERS KS, WESTERN     :
BULK CARRIERS AS, and WESTERN BULK AS,
                                               :

                  Defendants.
-----------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7(b), Supplemental Admiralty Rule E(4)(f) and Local Rule 6.1 of the Local Civil Rules for the Southern District of New York and upon the annexed Declarations of Sara Gillingham Aukner, in-house Legal Counsel of Defendant Western Bulk Carriers A/S, the managing partner of Defendant Western Bulk Carriers K/S, Andrew S. Ridings, English solicitor for Western Bulk Carriers K/S in relation to this matter, and Patrick F. Lennon, and the accompanying Memorandum of Law, and all the pleadings and proceedings had herein, Defendant Western Bulk Carriers moves this Court before the Honorable Kenneth M. Karas as soon as counsel may be heard, for an order vacating the Court's June 5, 2007 Ex Parte Order for issuance of Process of Maritime Attachment and Garnishment and dismissing the Verified Complaint. Answering papers are to be served in accordance Local Civil Rule 6.1.

Dated: August 10, 2007
      New York, NY

The Defendant
WESTERN BULK CARRIERS K/S

By: _____
Patrick F. Lennon (PL 2162)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile
pfl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on August 10, 2007, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Patrick F. Lennon