EXHIBIT "1"

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WESTERN BULK CARRIERS AS

Selected Entity Status Information

**Current Entity Name:** WESTERN BULK CARRIERS AS
**Initial DOS Filing Date:** JUNE 23, 2005
**County:** NEW YORK
**Jurisdiction:** NORWAY
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O LENON MURPHY & LENNON LLC
420 LEXINGTON AVE
STE 300
NEW YORK, NEW YORK, 10170

**Registered Agent**
TISDALE & LENNON LLC
11 WEST 42ND STREET
SUITE 900
NEW YORK, NEW YORK, 10036

NOTE: New York State does not issue organizational identification numbers.

Search Results         New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WESTERN BULK CARRIERS KS

Selected Entity Status Information

**Current Entity Name:** WESTERN BULK CARRIERS KS
**Initial DOS Filing Date:** JUNE 22, 2005
**County:** NEW YORK
**Jurisdiction:** NORWAY
**Entity Type:** FOREIGN LIMITED PARTNERSHIP
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O TISDALE & LENNON, LLC
11 WEST 42ND STREET SUTIE 900
NEW YORK, NEW YORK, 10036

**Registered Agent**
PATRICK F. LENNON
C/O TISDALE & LENNON LLC
11 WEST 42ND STREET STE. 900
NEW YORK, NEW YORK, 10036

NOTE: New York State does not issue organizational identification numbers.

Search Results       New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page