# EXHIBIT "2"

# Select A Person

**There were 45 matching persons.**

| | |
|---|---|
| Western Bulk AS   *this action* | (pty) |
| Western Bulk Asa | (pty) |
| Western Bulk Carrier A/S   *WBC as Plaintiff* | (pty) |
| Western Bulk Carrier's K/S   *5 ACTIONS* | (pty) |
| Western Bulk Carriers | (pty) |
| Western Bulk Carriers   *3 ACTIONS* | (pty) |
| Western Bulk Carriers | (pty) |
| Western Bulk Carriers | (pty) |
| Western Bulk Carriers (Australia) Pty. Ltd. | (pty) |
| Western Bulk Carriers (Australia) Pty., Ltd. | (pty) |
| Western Bulk Carriers (Seattle) Inc. | (pty) |
| Western Bulk Carriers (USA) Inc. | (pty) |
| Western Bulk Carriers , | (pty) |
| Western Bulk Carriers A / S   *3 ACTIONS* | (pty) |
| Western Bulk Carriers A.S.   *3 ACTIONS* | (pty) |
| Western Bulk Carriers A.S. | (pty) |
| Western Bulk Carriers A/S   *4 ACTIONS* | (pty) |
| Western Bulk Carriers A/S as the Owner of the M/V Western Falcon under a contract of charter party dated June 20, 1990 | (pty) |
| Western Bulk Carriers AS   *8 ACTIONS* | (pty) |
| Western Bulk Carriers AS   *4 ACTIONS* | (pty) |
| Western Bulk Carriers AS-OSLO | (pty) |
| Western Bulk Carriers Gmbh | (pty) |
| Western Bulk Carriers Holding ASA   *6 ACTIONS* | (pty) |
| Western Bulk Carriers K.S. | (pty) |
| Western Bulk Carriers K.S.   *3 ACTIONS* | (pty) |
| Western Bulk Carriers K.S. (A.S.) | (pty) |
| Western Bulk Carriers K/S | (pty) |

| | |
|---|---|
| Western Bulk Carriers K/S | (pty) |
| Western Bulk Carriers K/S  13 ACTIONS | (pty) |
| Western Bulk Carriers K/S  13 ACTIONS | (pty) |
| Western Bulk Carriers K/S defendant | (pty) |
| Western Bulk Carriers KS | (pty) |
| Western Bulk Carriers S.A. | (pty) |
| Western Bulk Carriers [Australia] Pty. Ltd. | (pty) |
| Western Bulk Carriers, AS | (pty) |
| Western Bulk Carriers, K.S. | (pty) |
| Western Bulk Carriers, K/S | (pty) |
| Western Bulk Carriers, KS  5 ACTIONS | (pty) |
| Western Bulk Carriers, S.A. | (pty) |
| Western Bulk Carriers/A.P. Moller | (pty) |
| Western Bulk PTE, LTD. | (pty) |
| Western Bulk Shipping AS | (pty) |
| Western Bulk Shipping ASA  4 ACTIONS | (pty) |
| Western Bulk Shipping ASA | (pty) |
| Western Bulk Shipping ASA | (pty) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/06/2007 13:16:40 | | | |
| PACER Login: | lm2533 | Client Code: | 1132 |
| Description: | Search | Search Criteria: | Last Name: Western Bulk |
| Billable Pages: | 1 | Cost: | 0.08 |