EXHIBIT "2"

JUDGE KARAS

07 CV 4761

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
CENTAURI SHIPPING LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTAURI SHIPPING LTD.,

         Plaintiff,

  - against -            **ECF CASE**

WESTERN BULK CARRIERS KS, WESTERN BULK AS,  07 Civ
and WESTERN BULK CARRIERS AS,

         Defendants.
------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF MARITIME ATTACHMENT AND
GARNISHMENT PURSUANT TO SUPPLEMENTAL RULE B (1)**

  KIRK M. LYONS, hereby affirms and states under penalty of perjury pursuant to 28 U.S.C. § 1746:

  1.  I am a member of the bar of this Court and a partner with the law firm of Lyons & Flood, LLP, attorneys for Plaintiff, CENTAURI SHIPPING LTD., ("CENTAURI"). I submit this Affirmation in support of Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rules B and E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

  2.  Your affiant has attempted to locate the defendants, Western Bulk Carriers KS ("WBC KS"), WESTERN BULK AS ("WB AS"), and WESTERN BULK

CARRIERS AS ("WBC AS"), within this District. As part of the investigation, my office has contacted the Division of Corporations of the New York Department of State and found no records indicating that defendants were either incorporated or licensed to do business in the State of New York.

3. There are also no relevant telephone listings for WBC KS, WB AS, or WBC AS, in the New York telephone information service, or in the New York Telephone Directory or other directories for the area codes within this District.

4. Plaintiff respectfully asserts that the defendants cannot be found in this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. Upon information and belief, WBC KS, WB AS, and WBC AS, have tangible or intangible personal property including goods, chattels or credits and effects within the District in the hands of, among others, the banks and garnishees identified in Attachment A.

6. It is respectfully requested that Process of Maritime Attachment and Garnishment requested in the accompanying Verified Complaint be issued herein, attaching the defendants' account(s) within the District in the amount of $15,350,796.00, as provided by the Federal Rules of Civil Procedure.

I declare and state under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 5, 2007

_____
Kirk M. Lyons

U:\kmhldocs\2648001\Pleadings\Affirmation in Support.doc

## ATTACHMENT "A"

Citibank
399 Park Avenue
New York, NY 10022

Bank of America
c/o Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10002

Bank of New York
1 Wall Street
New York, NY 10286

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY

HSBC (USA) Bank
120 Broadway
New York, NY

Wachovia Bank
360 Madison Avenue
New York, NY 10017

Barclay's Bank
200 Park Avenue
New York, NY 10166

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010

Deutsche Bank
60 Wall Street
New York, NY 10006

Fortis Bank
520 Madison Avenue
New York, NY 10022

UBS
299 Park Avenue
New York, NY 10171

Nordea Bank Finland Plc.
437 Madison Avenue
New York, NY 10022

American Express Bank Ltd.
c/o Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10002

Calyon Corporate and Investment Bank
1301 Avenue of Americas, 13 Floor
New York, NY 10019

ABM AMRO Bank Incorporated
Park Avenue Plaza
55 East 52 Street
New York, NY 10055

Societe Generale Bank
1221 Avenue of Americas
New York, NY 10020

BNP Paribas
787 Seventh Avenue
New York, NY 10281

Bank Leumi USA
1400 Broadway
New York, NY 10018

Banco Popular
120 Broadway
New York, NY 10271

Bank of Tokyo-Mitsubishi
1251 Avenue of Americas
New York, NY 10020