UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

**Centauri Shipping Ltd.,**
                **Plaintiff,**

-v-

**Western Bulk Carriers KS et al.,**
                **Defendant.**

---

Case No. 07-CV- 4761 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The motion to vacate the attachment and motion to dismiss is filed by Defendant Western Bulk Carriers KS on August 10, 2007 is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

    The Clerk of the Court is directed to terminate the motion docketed as document #9.

SO ORDERED.

Dated:    August 13, 2007
            New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE