# EXHIBIT C

ANÍBAL ESPÍRITO SANTO
JOSÉ JÚLIO FIGUEIREDO
ADVOGADOS

Pr. nº 182/05
**APENSO**



Mmo Juiz de Direito da Sala das Questões Marítimas
Tribunal Provincial de Luanda

À data de 16.08.2007 CENTAURI SHIPPING, LIMITED, com fundamento no Acórdão do Tribunal Supremo lavrado aos 11 de Novembro de 2006 no Processo nº 955/06, propôs Acção Executiva contra WBC- Western Bulk Carriers **K S.**

Verifica agora a exequente que, por mero lapso de escrita, escreveu então WBC- Western Bulk Carriers **AS** em vez de Western Bulk Carriers **KS**, a verdadeira executada, por ser esta a autora do procedimento cautelar de arresto que foi julgado, a final, pelo Acórdão acima referido.

Acresce a este lapso, que também a identificação da exequente está incorrectamente escrita, pois se escreveu CENTAUR**Y** SHIPPING Limited, com **Y** em vez de CENTAUR**I** com **I** que é a grafia correcta.

Nestes termos e por se tratar de um erro *ostensivo*, ao abrigo do artigo 249º do Código Civil,

Requer a V.Excia se digne considerar rectificadas na Acção Executiva proposta, as referidas designações das Partes

Mais R que, face à inexistência de selos para selagem dos documentos de prova que a Exequente protestou juntar no prazo de 8 dias após a entrada da acção o prazo requerido seja prorrogado por mais cinco dias.

PD

O advogado

# Pignatari Inc.
## Translation and Linguistics

Legal, Financial and Judiciary Translations by Pignatari Translations Inc.
546 Fifth Avenue, 15th Floor, New York, NY 10036

Telephones: 315-210-6484 / 315-359-6057/ 347-604-4284

**TRANSLATOR'S CERTIFICATE OF ACCURACY**

(State of New York, County of New York)

I, Ricardo Pignatari, being duly sworn, depose and say that I am thoroughly familiar with the languages of Portuguese and English, and that the translation attached hereto has been prepared and revised by me and it is a true and accurate translation of the original language document that was presented to me, to the best of my knowledge, skill and belief. The original was a file sent to me via e-mail, and its corresponding translation is below this Certificate from page 02 until page 02. Page 03 is a blank page.

New York, August 30, 2007



Ricardo Pignatari
Pignatari Translations Inc.

# Pignatari Inc.
## Translation and Linguistics

**ANÍBAL ESPÍRITO SANTO – JOSE JULIO FIGUEIREDO – ATTORNEYS**

*(The document contains a signed and dated stamp)*

Lawsuit reference number# 182/05 – Attachment

To Your Honor the Court Judge of Maritime Court of Luanda Province

On 08.16.2007, CENTAURI SHIPPING, LIMITED, grounded on the judgment provided by the Supreme Court on November 11, 2006, lawsuit reference number 955/06, filed an execution action against WBC-Western Bulk Carriers **KS.**

We verified that CENTAURI, merely due to a spelling mistake, wrote WBC-Western Bulk Carriers **AS,** as opposed to WBC-Western Bulk Carriers **KS** which is the party subject to referred execution, because WBC-Western Bulk Carriers **KS** was the party which filed the preliminary injunction that led to the seizure that was judged by the aforementioned Judgment of the Supreme Court.

It has also been incorrectly written the reference to CENTAURI. It was mistakenly written CENTAURY SHIPPING LIMITED, with the **Y,** as apposed to CENTAURI with the **I,** which is the correct spelling.

In these terms and because this is a **visible** mistake, as per Article 249 of the Civil Code we would like to request Your Honor to consider it as amended, on the Execution Action, the names of the Parties.

Furthermore, due to the inexistence of seals to seal documentary evidence that CENTAURI proposed to attach to referred action within 08 days after filing, we require an additional five-day-extension.

PD.

The Attorney.
*(contains illegible signature).*

United States of America Office at 546 Fifth Avenue, 15th Floor New York, New York 10036
info@pignatari-inc.com    www.pignatari-inc.com

# Pignatari Inc.
Translation and Linguistics

