EXHIBIT "2"

*Account statement for 01-06-2007 - 30-06-2007* 

## Western Bulk Carriers KS

*Account:* ▓▓▓▓▓▓   *Currency:* USD

| Date | Narrative | Credit Amount | Debit Amount | Balance |
|---|---|---|---|---|
| 31-05-2007 | Balance pr. 31.05.2007 | | | 10 415 759,29 |
| 01-06-2007 | 200706016964 NOS CLEARING ASA MARGIN O NOS 2007-06 | 2 168 766,84 | | 12 584 526,13 |
| 01-06-2007 | 200706016299 WESTERN BULK CARRIERS KS TRANSFER OF | | 4 000 000,00 | 8 584 526,13 |
| 01-06-2007 | 200706014736 Comp MAY07 fr 03613128049 | 22 641,70 | | 8 607 167,83 |
| 01-06-2007 | 200705315107 Service Fee 13128728MAY07 | | 200,00 | 8 606 967,83 |
| 04-06-2007 | 200706047682 NOS CLEARING ASA MARGIN O NOS 2007-06 | 252 707,97 | | 8 859 675,80 |
| 05-06-2007 | 200706057115 NOS SETTLEMENT NOS 2007-06-0544 | | 461 892,48 | 8 397 783,32 |
| 05-06-2007 | 200706056177 WESTERN BULK CARRIERS KS TRANSFER OF | | 2 500 000,00 | 5 897 783,32 |
| 06-06-2007 | 200706067282 NOS SETTLEMENT NOS 2007-06-0642 | | 2 812 506,55 | 3 085 276,77 |
| 07-06-2007 | 200706077021 NOS SETTLEMENT NOS 2007-06-0740 | | 1 993 127,44 | 1 092 149,33 |
| 07-06-2007 | 200706217171 WESTERN BULK CARRIERS KS MARGIN CALL | 2 499 970,00 | | 3 592 119,33 |
| 07-06-2007 | 200706214464 BkVal swep to 03613128049 | | 2 499 970,00 | 1 092 149,33 |
| 08-06-2007 | 200706086104 NOS CLEARING ASA MARGIN O CASH TRANSF | | 1 092 149,33 | |
| 21-06-2007 | 200706214464 BkVal retn fr 03613128049 | 2 499 970,00 | | 2 499 970,00 |
| 22-06-2007 | 200706227253 NOS SETTLEMENT NOS 2007-06-2243 | | 33 047,09 | 2 466 922,91 |
| 22-06-2007 | 200706226033 WESTERN BULK CARRIERS KS TRANSFER OF | | 2 000 000,00 | 466 922,91 |
| 22-06-2007 | 200706226032 NOS CLEARING ASA MARGIN O FRA NOS CLE | 1 421 639,40 | | 1 888 562,31 |
| 22-06-2007 | 200706226031 NOS CLEARING ASA CURRENT WESTERN BULK | 8 202 143,48 | | 10 090 705,79 |
| 25-06-2007 | 200706257858 NOS SETTLEMENT NOS 2007-06-2543 | | 697 120,53 | 9 393 585,26 |
| 26-06-2007 | 200706267281 NOS SETTLEMENT NOS 2007-06-2642 | | 915 085,24 | 8 478 500,02 |
| 26-06-2007 | 200706266160 WESTERN BULK CARRIERS KS TRANSFER OF | | 4 000 000,00 | 4 478 500,02 |
| 27-06-2007 | 200706277006 NOS CLEARING ASA MARGIN O NOS 2007-06 | 469 473,30 | | 4 947 973,32 |
| 28-06-2007 | 200706287098 NOS SETTLEMENT NOS 2007-06-2843 | | 213 784,02 | 4 734 189,30 |
| 29-06-2007 | 200706291284 NOS 2007 06 2943 | | 719 820,60 | 4 014 368,70 |
| 29-06-2007 | **Balance pr. 29.06.2007** | | | **4 014 368,70** |
| 02-07-2007 | 200707028058 NOS SETTLEMENT NOS 2007-07-0244 | | 648 548,90 | |
| 02-07-2007 | 200707024757 Comp JUN07 fr 03613128049 | 12 009,20 | | |
| 02-07-2007 | 200706295089 Service Fee 13128728JUN07 | | 200,00 | |