UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9\12\07

CENTAURI SHIPPING, LTD.,

        Plaintiff,

-v-

WESTERN BULK CARRIERS KS, WESTERN
BULK CARRIERS AS, and WESTERN BULK AS,

        Defendant.

Case No. 07 Civ. 4761 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record on September 7, 2007, Plaintiff's counsel is hereby

ORDERED TO SHOW CAUSE why the Court should not impose sanctions, payable to the

Court, pursuant to Federal Rule of Civil Procedure 11(b).

Plaintiff's memorandum of law shall be filed with this Court not later than September 28,

2007.

Dated:      September 12, 2007
           New York, New York



RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE