LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
CENTAURI SHIPPING LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTAURI SHIPPING LTD.,

                Plaintiff,

- against -

WESTERN BULK CARRIERS KS, WESTERN BULK AS,
and WESTERN BULK CARRIERS AS,

                Defendants.
------------------------------------------------------------X

**ECF CASE**

07 Civ. 4761 (RJS)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff CENTAURI SHIPPING LTD. hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Richard J. Sullivan dated September 12, 2007, which granted defendant WESTERN BULK CARRIERS KS's motion to vacate the attachment of certain Electronic Funds Transfers (EFTs) which were restrained pursuant to a Process of Maritime Attachment and Garnishment issued in favor of plaintiff CENTAURI SHIPPING LTD. A copy of the aforementioned Order is attached hereto.

Dated: September 17, 2007

LYONS & FLOOD, LLP  
Attorneys for Plaintiff  
CENTAURI SHIPPING LTD.,

By: *Kirk M Lyons*  
Kirk M. Lyons (KL-1568)  
65 West 36th Street, 7th Floor  
New York, New York 10018  
(212) 594-2400

U:\kmhldocs\2648001\Pleadings\Notice of Appeal.doc

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 17th day of September 2007, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, and by e-mail to:

LENNON, MURPHY & LENNON, LLC
Tide Mill Landing
2425 Post Road
Southport, CT 06890

Attn.: Patrick F. Lennon, Esq.

_____
Kirk M. Lyons

U:\kmh\docs\2648001\Pleadings\Notice of Appeal.doc