UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTAURI SHIPPING LTD.,

                    Plaintiff,

    -v-

WESTERN BULK CARRIERS KS, *et al.*,

                    Defendants,

Case No. 07 Civ. 4761 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the telephone conference before the Court held on September 18, 2007, regarding plaintiff's request for a stay of this Court's *vacatur* order pending appeal, the Court adopted the following scheduling order:

    Defendants' opposition papers shall be submitted not later than Wednesday, September 26, 2007.

    Counsel for all parties shall appear for oral argument regarding plaintiff's request for a stay on Friday, September 28, 2007, at 2:30 p.m. in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    September 19, 2007
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE