# Exhibit 1

# Key Figures – WB Group

Western Bulk

| (MUSD) | 2007 1.1.-31.08. | 2006 1.1.-31.12. | 2005 1.1.-31.12. | 2004 1.1.-31.12. |
|---|---|---|---|---|
| Gross freight revenues | 466,1 | 562,1 | 741,6 | 636,1 |
| Net TC result | 42,1 | 14,1 | 14,4 | 31,5 |
| EBITDA | 31,6 | (3,2) | 4,8 | 14,3 |
| EBIT | 31,0 | (4,4) | 3,7 | 13,1 |
| Profit / (loss) before tax | 33,2 | (3,2) | 4,4 | 12,0 |
| Total assets | 123,3 | 74,1 | 49,0 | 44,8 |
| Cash and bank deposits | 79,7 | 29,4 | 18,7 | 21,4 |
| Shareholders' equity | 50,7 | 21,7 | 25,0 | 17,4 |

*Numbers for 2004, 2005 and 2006 are audited, whereas Jan-Aug 07 are unaudited*