S.D.N.Y. - N.Y.C.
07-cv-4761
Sullivan, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of January, two thousand eight,

Present:

    Hon. John M. Walker, Jr.,
    Hon. Guido Calabresi,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

Centauri Shipping Ltd.,

    *Plaintiff-Appellant,*

v.                                                                                  07-4193-cv

Western Bulk Carriers KS, *et al.*,

    *Defendants-Appellees.*

---

Appellant, through counsel, moves for a stay of execution of the district court's order vacating a

SAO-JS

CERTIFIED: 1/30/08

[FILED JAN 3 0 2008 — United States Court of Appeals, Second Circuit, Catherine O'Hagan Wolfe, Clerk]

maritime attachment. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See McCue v. City of New York (In re World Trade Ctr. Disaster Site Litigation)*, 503 F.3d 167, 170 (2d Cir. 2007); *Aqua Stoli Shipping Ltd. v. Gardner Smith Ltd.*, 460 F.3d 434, 443 (2d Cir. 2006). Appellees request an order requiring appellant to post a supersedeas bond in the amount of the surety bond. Upon due consideration, it is hereby ORDERED that the request is DENIED without prejudice to refiling after appellees first request such relief from the district court. Fed. R. App. P. 8(a)(1)(B).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by: _____
DEPUTY CLERK

SAO-JS

2