

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTAURI SHIPPING LTD.,

            Plaintiff,

-v-

WESTERN BULK CARRIERS KS, WESTERN
BULK CARRIERS AS, and WESTERN BULK, AS,

            Defendants.

No. 07 Civ. 4761 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties in the above-entitled action shall appear for oral argument regarding defendants' application for a *supersedeas* bond on Tuesday, April 8, 2008, at 2:30 p.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
            April 2, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE