# United States District Court for the Southern District of New York

---

Sh.pping Ltd.

-v-

Western Bulk Carriers
KS et al

---

Document# **38**

U.S.C.A. # 07-4193-cv

U.S.D.C. # 07-cv-4761

D.C. JUDGE: RJS

Date: May 8 2008



## Notice to The Docket Clerk

(___) Original Record                               (JST) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the
Second Circuit on the 8th Day of May, 2008.

United States District Court for
the Southern District of New York

Date **MAY 8 2008**

----------------------------------------
Shipping Ltd.
         -v-
Western Bulk Carriers KS et al
----------------------------------------

U.S.C.A.# **07-4193-cv**

U.S.D.C.# **07cv4761**

D.C. Judge **RJS**

**1st** Supplemental Index To The Record On Appeal

Prepared by (Name): **Darryl**
Firms Name: **A.I.**
Firms Address: **3 Barker Avenue**
City, State & Zip: **White plains, NY**
Firms Phone#: **914-8945-2240**

District Court Docket Entries
Document Description                                                                Doc.#

1) **Supplemental Clerk's Certificate**                                              0
2) Transcript                                                                        8
3) Transcript                                                                       25
4) Transcript                                                                       26
5) Transcript                                                                       33
6) Transcript                                                                       36
7) _____                                                   ___
8) _____                                                   ___
9) _____                                                   ___
10) _____                                                  ___

# United States District Court for the Southern District of New York

Date MAY 8, 2008

U.S.C.A. # 07-4193-cv

U.S.D.C. # 07cv4761

D.C. JUDGE RJS

------

Shipping Ltd.

-v-

Western Bulk Carriers Kselal

------

## 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered ____ Through __, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 8th Day of ____ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

United States District Court for
the Southern District of New York

Date: MAY 8, 2008

---

Shipping Ltd.

-v-

Western Bulk Carriers
Ks et. al.

---

U.S.C.A. # 07-4193-cv

U.S.D.C. # 07cv4761

D.C. Judge: RJS

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 7/26/2007 | Transcript |
| 9/21/2007 | Transcript |
| 9/25/2007 | Transcript |
| 11/06/2007 | Transcript |
| 4/11/2008 | Transcript |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk