LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
CENTAURI SHIPPING LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CENTAURI SHIPPING LTD.,

                              Plaintiff,

      - against -

WESTERN BULK CARRIERS KS, WESTERN BULK AS,
and WESTERN BULK CARRIERS AS,

                            Defendants.
------------------------------------------------------------------X

**ECF CASE**

07 Civ. 4761 (RJS)

## NOTICE OF MOTION FOR RECONSIDERATION

SIRS:

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, and all the prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Richard J. Sullivan at the United States District Courthouse, located at 500 Pearl Street, New York, New York, as soon as counsel can be heard, for reconsideration, pursuant to Local Civil Rule 6.3 of the Local Rules of United States District Court for the Southern District of New York and Rule 60(b) of the Federal Rule of Civil Procedure, of the Court's Order requiring plaintiff to post a *supersedeas* bond in the amount of $312,753.00, and for such other and further relief as the Court may deem just and proper.

Dated: May 20, 2008

                                              LYONS & FLOOD, LLP
                                              Attorneys for Plaintiff
                                              CENTAURI SHIPPING LTD.

                        By: *[signature: Kirk M Lyons]*
                                              Kirk M. Lyons (KL-1568)
                                              65 West 36th Street, 7th Floor
                                              New York, New York 10018
                                              (212) 594-2400

TO:   LENNON, MURPHY & LENNON, LLC
        Attorneys for Defendants
        WESTERN BULK CARRIERS KS, WESTERN
        BULK CARRIERS AS, and WESTERN BULK AS
        Tide Mill Landing
        2425 Post Road
        Southport, CT 06890

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 20th day of May 2008, I served true copies of the foregoing, by e-mail and U.S. Mail, first-class postage pre-paid to:

> LENNON, MURPHY & LENNON, LLC
> Attorneys for Defendants
> WESTERN BULK CARRIERS KS, WESTERN BULK CARRIERS AS, and WESTERN BULK AS
> Tide Mill Landing
> 2425 Post Road
> Southport, CT 06890
>
> Attn.: Patrick F. Lennon, Esq.

_____
Kirk M. Lyons

U:\kmhldocs\2648001\Motions\Reconsideration\NOM-Reconsideration.doc