AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 Civ. 4761 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Centauri Shipping Ltd.

I certify that I am admitted to practice in this court.

| 5/23/2008 | *signature* |
|---|---|
| Date | Signature |

| Jon Werner | JW-5000 |
|---|---|
| Print Name | Bar Number |

65 West 36th Street, 7th Floor
Address

| New York | NY | 10018 |
|---|---|---|
| City | State | Zip Code |

| (212) 594-2400 | (212) 594-4589 |
|---|---|
| Phone Number | Fax Number |