USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTAURI SHIPPING LTD.,

                Plaintiff,

-v-

WESTERN BULK CARRIERS KS, WESTERN
BULK CARRIERS AS, and WESTERN BULK, AS,

                Defendants.

No. 07 Civ. 4761 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' letter, dated February 11, 2009, and Plaintiff's letter, dated February 19, 2009, pertaining to Defendants' request for an increase in the *supersedeas* bond posted by Plaintiff.

IT IS HEREBY ORDERED that Defendants' request is GRANTED to the extent that Plaintiff shall increase the *supersedeas* bond by the amount of $23,062, to reflect the costs incurred and paid or presently due and owing by Defendants for their surety bond.

IT IS FURTHER ORDERED that Defendants' request is DENIED without prejudice to a renewed request in May 2009 to the extent they presently seek an increase in the *supersedeas* bond for costs yet to be incurred or not yet due and owing.

SO ORDERED.

Dated:      February 20, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE